

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-18-00059-CR

Andrew D. **BRIGHAM**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR11698
Honorable Ron Rangel, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

Delivered and Filed:  February 28, 2018

DISMISSED

Before he was sentenced, Appellant Andrew D. Brigham filed a pro se notice of appeal. His court-appointed trial counsel advised this court by a signed letter that Appellant's sentencing date has been reset for March 26, 2018, and Appellant will be filing a motion to dismiss this appeal.

On February 15, 2018, Appellant filed a pro se, handwritten, signed request to dismiss this appeal. *See* TEX. R. APP. P. 42.2(a). Appellant's motion is granted; this appeal is dismissed. *See id.*; *Hypolite v. State*, 647 S.W.2d 294, 295 (Tex. Crim. App. 1983); *Conners v. State*, 966 S.W.2d 108, 110 (Tex. App.—Houston [1st Dist.] 1998, pet. ref'd).

Acting on our own motion, we direct the clerk of this court to issue the mandate immediately after this opinion and judgment issue.  *See* TEX. R. APP. P. 2, 18.1(c).

PER CURIAM

DO NOT PUBLISH